IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREN EDWARDS, an Individual, | ) ) ) | CASE NO.: 8:17-cv-266 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **DEFENDANT'S MOTIONS IN LIMINE** |
| THE URBAN LEAGUE OF NEBRASKA, INC., a Nebraska Non Profit corporation, | ) ) ) ) ) | |
| Defendant. | ) | |

COMES NOW, the Defendant, The Urban League of Nebraska, Inc., by and through their attorneys of record, and hereby moves the Court, *in limine*, to exclude the following evidence and argument at trial:

1. Any exhibits containing expert opinions that were not included in an expert witness disclosure, including Plaintiff's Proposed Exhibits 31, 32, 42, 43, 44, 45, 46, and 47.

2. Any reference to expert opinions that were not included in an expert witness disclosure.

3. Any testimony from witnesses Plaintiff did not previously identify, pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), as individuals having discoverable information Plaintiff may use to support her claims in her Rule 26(a) Disclosures.

4. Any exhibits, documents, or information responsive to Defendant's discovery requests that Plaintiff did not previously disclose, or which Plaintiff did not disclose pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), in her Rule 26(a) Disclosures as documents Plaintiff may use to support her claims, including Plaintiff's Proposed

Exhibits 1, 3, 4, 5, 8, 9, 10, 11, 12, 18, 30, 31, 32, 35, 37, 38, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49.

5. Any evidence or reference to promotional decisions made by Defendant, including Plaintiff's Proposed Exhibits 1 and 5.

6. Any evidence or reference to purported "harassment" experienced by Plaintiff or purported "harassment" by Defendant.

7. Any evidence or reference to Plaintiff's purported disability or serious health condition, including Plaintiff's Proposed Exhibits 31, 32, 42, 43, 44, 45, 46, and 47.

8. Any reference to damages Plaintiff may incur in the future, including future emotional distress.

9. Any reference to damages which the jury is not permitted to award, such as front pay or equitable relief, or back pay damages that exceed her loss of actual income.

10. Any reference to the financial status of any party in this action, including but not limited to any statement or inference that Plaintiff is in need of money or that Defendant has sufficient means to pay any judgment, as said testimony is irrelevant and highly prejudicial.

11. Any evidence regarding settlement discussions, negotiations, or an offer of judgment. *See* Fed. R. Evid. 408.

12. Any testimony by Plaintiff as to her subjective belief that Defendant discriminated against her.

13. Any testimony by Plaintiff as to her subjective belief that Defendant retaliated against her.

14. Any subjective witness opinions of whether Defendants treated the Plaintiff unfairly or in violation of the law.

15. Any reference to the "Golden Rule" or that the jury put themselves into Plaintiff's place and award her what the members of the jury would want if they were allegedly injured as Plaintiff has alleged.

16. Any questions on *voir dire* or argument which requests that the jurors promise to do something or not to do something.

In further support of this Motion, Defendants submits a Brief contemporaneously herewith.

WHEREFORE, the Defendant, The Urban League of Nebraska, Inc., moves the Court for an Order *in Limine* as set forth above.

DATED this 6th day of June, 2019.

    THE URBAN LEAGUE OF NEBRASKA, INC., a Nebraska Non Profit corporation, Defendant.

BY:     */s/ Kathryn A. Dittrick*
    Kathryn A. Dittrick, #23513
    Sarah L. (Sally) McGill, #24790
    FRASER STRYKER PC LLO
    500 Energy Plaza
    409 South 17th Street
    Omaha, NE 68102-2663
    (402) 341-6000
    kdittrick@fraserstryker.com
    smcgill@fraserstryker.com
    ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District Court of Nebraska using the CM/ECF system this 6th day of June, 2019, which system sent notification of such filing to counsel of record.

>Terry A. White
>Alexis S. Mullaney
>Carlson & Burnett, LLP
>17525 Arbor Street
>Omaha, NE 68130

>*/s/ Kathryn A. Dittrick*

2138026.01