IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KAREN EDWARDS, an individual; | |
|---|---|
| Plaintiff, | **8:17CV266** |
| vs. | |
| THE URBAN LEAGUE OF NEBRASKA, INC., a Nebraska Non Profit corporation; | **ORDER** |
| Defendant. | |

This matter is before the court on the parties' joint motion to restrict access to the trial testimony of Karen Edwards, Filing No. 113.[1] Pursuant to the joint stipulated protective order, Filing No. 45, financial and medical information is protected from disclosure in this matter.

THEREFORE, IT IS ORDERED that the parties' joint motion to restrict access to the trial testimony of Karen Edwards, Filing No. 113 is granted. The transcript of the trial testimony of Karen Edwards, Filing No. 113 shall be filed as restricted.

Dated this 8th day of November, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

[1] The Court notes that counsel failed to comply with NECivR. 5.3(a). Counsel are instructed to so comply in the future.