IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREN EDWARDS, | ) | Case No.  8:17CV266 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| THE URBAN LEAGUE OF NEBRASKA, INC., | ) | |
| Defendant. | ) | |

Counsel for both the plaintiff and the defendant notified the court on December 8, 2020 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Trial Exhibits from jury trial held July 15-18, 2019

Defendant's Trial Exhibits from jury trial held July 15-18, 2019

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   December 8, 2020

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge